**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BRIDGET PATRICK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> **Plaintiff,** <br><br> v. <br><br> SOUTHERN ILLINOIS HEALTH CARE FOUNDATION, INC. D/B/A SIHF HEALTHCARE, <br><br> **Defendant.** | Case No. 23-cv-14947 |

**NOTICE OF REMOVAL**

Defendant, SOUTHERN ILLINOIS HEALTH CARE FOUNDATION, INC. D/B/A SIHF HEALTHCARE, ("SIHF"), pursuant to 28 U.S.C. §§ § 1332, 1441 and 1446, hereby removes *Bridget Patrick v. Southern Illinois Health Care Foundation, Inc. D/B/A SIHF Healthcare*, Case No. 2023-CH-07704, filed in the Circuit Court of Cook County, Illinois ("State Court Action"), to the United States District Court for the Northern District of Illinois, Eastern Division. In support of removal, SIHF states:

1. On August 24, 2023, Plaintiff Bridget Patrick, ("Patrick" or "Plaintiff") filed the State Court Action. Attached are true and correct copies of the Complaint (**Exhibit A**), Summons (**Exhibit B**), Return of Service (**Exhibit C**), and Docket (**Exhibit D**). The State Court Action is a putative class action alleging that SIHF violated Illinois' Genetic Information Privacy Act ("GIPA"), 410 ILCS 513/1 *et seq.* by requiring new hires undergo a physical to confirm fitness for work, in which physical the third party physician requested family medical history. (*Compl.* ¶¶ *27-31*).

2. SIHF was served on September 15, 2023. See **Exhibit C.** Removal is timely because this notice is filed within thirty (30) days after service of the Summons and Complaint. 28 U.S.C. § 1446(b).

3. Removal to this Court is proper because the United States District Court for the Northern District of Illinois, Eastern Division is the District Court of the United States for the district and division embracing the Circuit Court of Cook County, Illinois. 28 U.S.C. § 93(a)(1).

4. Removal is proper because this Court has jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d) because: (a) the aggregate number of members in the proposed class is 100 or more; (b) the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs; and (c) at least one member of the putative class is a citizen of a State different from SIHF.

5. The putative class is defined to include "all individuals" who, in the last "five years," were "in Illinois," "applied for employment" or were "employed," and were asked for "family medical history" in their physical or otherwise. (*Compl. ¶ 44*).

6. The putative class exceeds 100. Patrick alleges that "[SIHF] employs over 1,000 people in Illinois, and it is believed that all or most of those individuals will fall within the proposed Class." (*Compl. ¶ 46*). And, in fact, the putative class far exceeds 100. Wojda Declaration (attached as **Exhibit E**). ¶ 5.

7. The amount at stake exceeds $5 million. For each putative class member Plaintiff seeks the greater of "statutory damages of $15,000" or "actual damages." (*Compl. ¶ 61*). Given that there are more than 334 putative class members (Wojda Declaration, ¶ 5) the damages sought exceed $ 5 million (334 x $15,000.00 = $5,010,000.00).

8. The putative class includes a multitude who are presently domiciled outside of Illinois, including Missouri. (Wojda Declaration, ¶ 4.) SIHF is organized and headquartered in Illinois. (*Compl. ¶ 12;* Wojda Declaration, ¶ 3).

9. Pursuant to 28 U.S.C. § 1441(d), SIHF will promptly provide written notice of removal of this action to Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendant SOUTHERN ILLINOIS HEALTH CARE FOUNDATION, INC. D/B/A SIHF HEALTHCARE respectfully removes this action to this Court.

October 16, 2023

Respectfully submitted,

SOUTHERN ILLINOIS HEALTH CARE FOUNDATION, INC. D/B/A SIHF HEALTHCARE

By: s/ Thomas A. Lidbury
     One of its attorneys

Thomas A. Lidbury (ARDC No. 621158)
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*thomas.lidbury@ogletree.com*

R. Lance Witcher (ARDC No. 6279646)
Mallory S. Zoia (ARDC No. 6328649)
Madeline L. Brown (ARDC No. 6340084)
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
*lance.witcher@ogletree.com*
*mallory.zoia@ogletree.com*
*madeline.brown@ogletree.com*

## **CERTIFICATE OF SERVICE**

  I hereby certificate that on this 16th day of October, 2023, I caused a copy of the foregoing Notice of Removal to be filed through the Court's CMECF System, and served the below Counsel of Record via electronic mail.

    **WALLACE MILLER**
    Edward A. Wallace
    Mark R. Miller
    Molly C. Wells
    150 N. Wacker Drive, Suite 1100
    Chicago, IL 60606
    Tel: (312) 261-6193
    eaw@wallacemiller.com
    mrm@wallacemiller.com
    mcm@wallacemiller.com
    Firm ID: 65958


    **SIRI & GLIMSTAD LLP**
    David J. DiSabato*
    Kyle D. McLean
    745 Fifth Avenue, Suite 500
    New York, NY 10151
    Tel: (646) 837-7150
    ddisabati@sirillp.com
    kmclean@sirillp.com


    By: /s/ Thomas A. Lidbury
       One of the Attorneys for Defendant